UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  0:23-cv-62005-RS

DENISE PAYNE,

    Plaintiff,

v.

AMERICAN WORLD INTERNATIONAL, INC.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, hereby advise the Court that he has reached an agreement in principle to settle the instant case with Defendant, AMERICAN WORLD INTERNATIONAL, INC., via the principal for the Defendant. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than forty-five (45) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines on this case.

Respectfully submitted this April 4, 2024

/s/ *Beverly Virues*
BEVERLY VIRUES
Florida Bar No.: 123713
**GARCIA-MENOCAL, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553- 3464
Primary Email:  bvirues@lawgmp.com;
Secondary  E-Mails:  amejias@lawgmp.com; aquezada@lawgmp.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 4, 2024.

        Respectfully submitted,

        **GARCIA-MENOCAL, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, FL 33134
        Telephone: (305) 553-3464
        Primary E-Mail: bvirues@lawgmp.com
        Secondary E-Mail: amejias@lawgmp.com;
        aquezada@lawgmp.com

By:  */s/ Beverly Virues*____
        BEVERLY VIRUES
        Florida Bar No.: 123713