**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  0:23-cv-62005-RS

DENISE PAYNE,

    Plaintiff,

v.

AMERICAN WORLD INTERNATIONAL, INC.,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, DENISE PAYNE, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action with prejudice.

Dated May 20, 2024.

                                                  Respectfully Submitted,

                                                  **GARCIA-MENOCAL P.L.**
                                                  *Attorneys for Plaintiff*
                                                  350 Sevilla Avenue, Suite 200
                                                  Coral Gables, Fl 33134
                                                  Telephone: (305) 553-3464
                                                  Primary E-Mail: bvirues@lawgmp.com
                                                  Secondary E-Mail: amejias@lawgmp.com
                                                  aquezada@lawgmp.com; jacosta@lawgmp.com

                                                  By: ___*/s/_Beverly Virues*_____
                                                        BEVERLY VIRUES
                                                        Florida Bar No.: 123713

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this May 20, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305-553-3464
Fax: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mail: amejas@lawgmp.com
aquezada@lawgmp.com; jacosta@lawgmp.com

By: ___*/s/ Beverly Virues*_____
BEVERLY VIRUES
Florida Bar No.: 123713